

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00471-CV

| | | |
|---|---|---|
| SIDNEY ELAINE CALVERT RYAN, Appellant | § | On Appeal from County Court at Law No. 2 |
| V. | § | of Wise County (CV21-07-507) |
| | § | June 15, 2023 |
| PHILIP RAY RYAN SR., Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Sidney Elaine Calvert Ryan shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr